**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-7406**

LAWRENCE CRAWFORD,

        Plaintiff - Appellant,

    v.

MR. JOSEPH ABRAMS, III; MRS. JOSEPH ABRAMS, III; CYLENIA LEE; SYLVIA LEE; MR. BRUNSON, Sylvia's husband; MR. HERBERT LEE; MRS. HERBERT LEE; APRIL MONROE; MICHAEL LEE; WILLIAM TETTERSON,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill. Bristow Marchant, Magistrate Judge. (0:06-cv-01990)

Submitted:  June 27, 2008      Decided:  July 7, 2008

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Lawrence Crawford, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Crawford seeks to appeal the magistrate judge's order denying his motion to add new defendants to his 42 U.S.C. § 1983 (2000) civil rights action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-47 (1949). The order Crawford seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. Further, we deny Crawford's motion for clarification regarding what issues are before this court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED